UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LON DOOLIN,<br><br>                Petitioner,<br><br>   vs.<br><br>ROBERT WONG, Acting Warden of<br>San Quentin State Prison,<br><br>                Respondent. | Case No. 1:09-CV-1453-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Temporarily Staying Execution, Granting In Forma Pauperis Status, and Referring Case to the Selection Board for Recommendation of Counsel |

On August 17, 2009, Petitioner Keith Lon Doolin ("Doolin"), a state prisoner facing capital punishment and proceeding pro se, filed applications for appointment of counsel, for stay of execution, and to proceed in forma pauperis, in the Eastern District of California pursuant to 28 U.S.C. § 2254.

Rule 3(a) of the Rules Governing § 2254 Cases provides that a petitioner seeking in forma pauperis status shall file an affidavit of assets as required by 28 U.S.C. § 1915, as well as a certificate from the prison stating the amount on deposit in the petitioner's account. Doolin has filed a supporting declaration with his request for in forma pauperis status, asserting he is indigent and has only minimal assets, and a certificate from an officer of the prison of the amount of money or securities Doolin has on deposit at the prison.

Each document filed in this case shall be specially marked as follows to

facilitate processing:

    1) Directly below the case number in the caption of each document provide the following label: "<u>DEATH PENALTY CASE</u>" in capital letters and underscored;

    2) At the bottom of the first page of each document insert "DEATH PENALTY" in capital letters.

IT IS ORDERED that:

    1.    Doolin's request to proceed in forma pauperis is granted;

    2.    Doolin's application for appointment of counsel under 18 U.S.C. § 3359(a)(2) is granted and the matter is referred to the Federal Defender and the Selection Board of the Eastern District of California for either notification that the Federal Defender, Capital Habeas Unit, is available for appointment or for the recommendation of other counsel to represent Doolin in these proceedings;

    3.    Doolin's request for a stay of execution is temporarily granted and all court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, are stayed until ninty days after counsel is appointed pursuant to 28 U.S.C. § 2251(a)(3).

IT IS SO ORDERED.

DATED:   August 19, 2009

                                             /s/ Lawrence J. O'Neill
                                     United States District Judge