UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT WONG, Acting Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:09-CV-1453-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Appointing Counsel |

On August 17, 2009, Petitioner Keith Zon Doolin ("Doolin"), a state prisoner facing capital punishment, filed pro se applications for appointment of counsel, for stay of execution, and to proceed in forma pauperis, in the Eastern District of California pursuant to 28 U.S.C. § 2254. In forma pauperis status was granted, the execution was temporarily stayed, and the case was referred to the Selection Board of the Eastern District of California for recommendation of counsel on August 18, 2009. The appointment of counsel to represent Doolin in these proceedings is informed by the October 5, 2009 letter from the Selection Board over the signature of Assistant Federal Defender Joe Schlesinger.

The Selection Board recommends representation by the Capital Habeas Unit of the Federal Defender's Office of the Eastern District of California. This recommendation is adopted. The designation of specific attorneys to serve as

lead and second counsel will be made upon entry of this order.

Since Doolin will be represented by the Federal Defender, a budget is not required for counsel's fees in this case. However, counsel for Doolin and for Respondent Robert Wong ("the Warden") are directed that the Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division ("Attorney Guide")[1] provides an overview of the process for capital habeas corpus cases in this Court and the procedures set forth there will apply to these proceedings. Should Doolin seek CJA funds for any purpose in these proceedings, a proposed budget will need to be submitted on the automated Excel forms. *See* Attorney Guide, ¶¶ 10-21.

Counsel for both parties shall complete the Confidential Case Evaluation Form (Appendix B to the Attorney Guide) or as much of it as is possible at this stage of the proceedings. This document may be submitted confidentially, and shall be filed on or before November 18, 2009.

A telephonic case management conference will be conducted December 3, 2009, at 1:30 p.m., with counsel for Doolin initiating the call. Counsel shall be prepared to discuss the statute of limitations, any difficulties encountered in assembling the record, any competence issues, a date for the Warden to lodge the state record, a timetable for filing the petition and the answer, and whether equitable tolling of the statute of limitations will be required.

IT IS SO ORDERED.

DATED: 10-9-09

ANTHONY W. ISHII
Chief United States District Judge

---

[1] The Attorney Guide, most recently updated in July 2009, is posted on the Court's website under "Attorney Info", "Fresno", "Forms".

OApptCnslDln

2