Patience Milrod
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California  93728
559.442-3111

Michael R. Levine
LEVINE & MCHENRY
1001 SW 5th Ave., Suite 1414
Portland OREGON 97204
503.546-3927

Attorneys for Keith Zon Doolin, Petitioner

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,      )<br>                              )<br>Petitioner,              )<br>                              )<br>vs.                          )<br>                              )<br>ROBERT L. AYERS, as Warden of )<br>San Quentin State Prison,   )<br>                              )<br>Respondent            ) | 1:09-cv-01453-AWI<br><u>DEATH PENALTY CASE</u><br><br>**ORDER RE: STIPULATED BRIEFING SCHEDULE FOR PETITIONER'S MOTION FOR EQUITABLE TOLLING OF TIME TO FILE PETITION FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254** |

The Court having reviewed the parties' stipulation, and good cause having been shown therefor, IT IS HEREBY ORDERED THAT

Petitioner will file his motion for equitable tolling no later than August 17, 2010.

Respondent will file his opposition to Petitioner's motion no later than August 27, 2010.

DEATH PENALTY

Petitioner will file his reply to Respondent's opposition no later than September 1, 2010, together with any declaration under seal the Court may require in support of Petitioner's motion.

The Court will rule based on the parties' briefing.

IT IS SO ORDERED.

Dated:   August 18, 2010                               _____
                                                                            CHIEF UNITED STATES DISTRICT JUDGE