Patience Milrod
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California  93728
559.442-3111

Michael R. Levine
LEVINE & MCHENRY
1001 SW 5th Ave., Suite 1414
Portland OREGON 97204
503.546-3927

Attorneys for Keith Zon Doolin, Petitioner

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN, ) | 1:09-cv-01453-AWI (DP) |
| ) | <u>DEATH PENALTY CASE</u> |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | ORDER GRANTING |
| V. CULLEN, as Warden of ) | THE SETTING OF CMC |
| San Quentin State Prison, ) | |
| ) | |
| <u>Respondent            </u> ) | |

    The Court has read and considered the parties' stipulation requesting the setting for a case management conference.  Good cause having been shown,

    IT IS HEREBY ORDERED that the case management conference be set for September 27, 2010 at 3:00 p.m., and that no later than September 20, 2010, the

---

DEATH PENALTY

parties will file under seal the Confidential Case Evaluation Form.



IT IS SO ORDERED.

Dated:   September 17, 2010                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE