MICHAEL R. LEVINE
LEVINE & McHENRY LLC
Cal. Bar #61883, Oregon Bar #931421
1001 S.W. Fifth Avenue, Suite 1414
Portland, Oregon  97204
503.546-3927
503.224-3203 fax
michael@levinemchenry.com

PATIENCE MILROD #77466
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California  93728
559.442-3111
559.442-3164 fax
pm@patiencemilrod.com

Attorneys for Keith Zon Doolin, Petitioner

**FILED**

NOV **1 7** 2010

CLERK, U.S. DISTRICT **COURT**
EASTERN DISTRICT OF **CALIFORNIA**
BY _____ J. HELLINGS _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN, ) | 1:09-cv-01453-AWI (DP) |
| ) | DEATH PENALTY CASE |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | ████████ ORDER |
| ROBERT L. AYERS, as Warden of ) | TO EXTEND PERIOD OF |
| San Quentin State Prison, ) | EQUITABLE TOLLING OF |
| ) | TIME TO FILE PETITION FOR |
| Respondent ) | HABEAS CORPUS |

The Court has read and considered the parties' Stipulation to Extend Period

of Equitable Tolling of Time to File Petition for Habeas Corpus under 28 U.S.C. §

2254.

DEATH PENALTY

Good cause having been shown, the Court finds that an additional 12-week period of equitable tolling is justified in this case, such that Mr. Doolin's petition for habeas corpus may be filed no later than July 20, 2011.

After filing of the federal petition, the parties shall meet and confer for the purpose of discussing their respective positions about the exhaustion status of the petition, and shall file a Joint Statement on Exhaustion by August 20, 2011. Should the parties be unable to agree about the exhaustion status of any claim(s) in the petition, Doolin shall file, concurrently with the joint statement, a supplemental declaration setting forth where in the state filings he contends the exhaustion requirement was satisfied. A case management conference shall be held *August 29* 2011, at 3:00 p.m., to discuss the subsequent litigation schedule. The conference shall be held telephonically, although local counsel may elect to appear in person. Counsel for Doolin shall initiate the conference call, if necessary.

IT IS SO ORDERED.

DATED: *11-16-10*

ANTHONY W. ISHII
Chief United States District Judge