Patience Milrod
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California 93728
559.442-3111

Michael R. Levine
LEVINE & McHENRY
1001 SW 5th Ave., Suite 1414
Portland OREGON 97204
503.546-3927

Attorneys for Keith Zon Doolin, Petitioner

FILED
JUL 11 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN, </br></br>Petitioner, </br></br>vs. </br></br>V. CULLEN, as Warden of </br>San Quentin State Prison, </br></br>Respondent | 1:09-cv-01453-AW1 (DP) </br>DEATH PENALTY CASE </br></br>ORDER GRANTING REQUEST FOR SEALING DECLARATION IN SUPPORT OF EX PARTE APPLICATION |

The Court has read and considered the request filed by Mr. Doolin's counsel to file under seal the Declaration in Support of Petitioner's Ex Parte Application, and related documents, submitted July 8, 2011.

Good cause having been shown, Mr. Doolin's request is GRANTED.

IT IS SO ORDERED.

DATED: 7-11-11

_____
ANTHONY W. ISHII
Chief United States District Judge

DEATH PENALTY