Patience Milrod
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California  93728
559.442-3111

Michael R. Levine
LEVINE & MCHENRY
1001 SW 5th Ave., Suite 1414
Portland OREGON 97204
503.546-3927





SEP 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Keith Zon Doolin, Petitioner


## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

KEITH ZON DOOLIN,                         )        1:09-cv-01453-AWI (DP)
                                          )        DEATH PENALTY CASE
Petitioner,                               )
                                          )        ▬▬▬▬▬▬▬▬▬
vs.                                       )
                                          )        ▬▬▬▬▬▬ ORDER GRANTING
V. CULLEN, as Warden of                   )        REQUEST FOR SEALING
San Quentin State Prison,                 )        DECLARATION IN SUPPORT OF
                                          )        EX PARTE APPLICATION
Respondent _____)

The Court has read and considered the request filed by Mr. Doolin's counsel

to file under seal the Declaration in Support of Petitioner's Ex Parte Application,

and related documents, filed September 28, 2011.

Good cause having been shown, Mr. Doolin's request is GRANTED.

IT IS SO ORDERED.

DATED:  9-29-11                           _____
                                          ANTHONY W. ISHII
                                          Chief United States District Judge

DEATH PENALTY