UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>    Petitioner,<br><br>  vs.<br><br>MICHAEL MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:09-CV-01453-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Submitting Petitioner's Motions for Stay and Abeyance and for Additional Equitable Tolling; Vacating Hearing Set for January 9, 2012 |

On October 18, 2011, Petitioner Keith Zon Doolin ("Doolin") filed his federal petition, and concurrently filed a Motion for stay and abeyance. Doc. 86. Respondent Michael Martel ("Warden") opposed stay and abeyance. A hearing was held on the motion for stay and abeyance November 28, 2011. On the same day, Doolin filed a motion for futher equitable tolling. Doc. 126. At the hearing, a ruling on the motion for stay and abeyance was deferred until briefing could be submitted on the motion for further equitable tolling. The Warden filed an opposition to further equitable tolling December 7, 2011, and Doolin filed a reply January 3, 2012.

Doolin's motion for stay and abeyance and his motion for further equitable tolling shall be submitted and resolved without additional oral argument from

1  the parties.  The hearing set for January 9, 2012, is vacated.

2       Doolin's request for copies of certain pages of the lodged record, *see* Doc.
3  120, filed November 4, 2011, is denied without prejudice.  Doolin may submit the
4  request again with information about the status of the state court's order sealing
5  the  documents.

6

7  IT IS SO ORDERED.

8

9  DATED:     January 6, 2012
10                                    /s/ Anthony W. Ishii
11                                  Chief United States District Judge