Patience Milrod
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California 93728
559.442-3111

Michael R. Levine
LEVINE & MCHENRY
1001 SW 5th Avenue, Suite 1414
Portland, Oregon 97204
503.546-3927

Attorneys for Keith Zon Doolin, Petitioner

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH ZON DOOLIN, | Case No.: 1:09-cv-01453 – AWI |
| Petitioner, | DEATH PENALTY CASE |
| vs. | |
| KEVIN CHAPPELL, as Warden of San Quentin State Prison, | ORDER DENYING PETITIONER'S REQUEST TO FILE STATUS REPORT UNDER SEAL |
| Respondent. | |

The Court has considered the request filed by Mr. Doolin's counsel to file under seal the Status Report. Good cause has not been shown for this request. The reference to the budget-related order is not necessary for this status report. The request to file status report under seal is DENIED.

IT IS SO ORDERED.

DATED:   May 14, 2013            /s/ Anthony W. Ishii
                                 ANTHONY W. ISHII
                                 United States District Judge

1