Patience Milrod
LAW OFFICE OF PATIENCE MILROD
844 North Van Ness Avenue
Fresno, California 93728
559.442-3111

Michael R. Levine
LEVINE & MCHENRY
1001 SW 5th Avenue, Suite 1414
Portland, Oregon 97204
503.546-3927

Attorneys for Keith Zon Doolin, Petitioner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No.: 1:09-cv-01453 – AWI<br><br>DEATH PENALTY CASE<br><br>ORDER DENYING PETITIONER'S REQUEST TO FILE DOCUMENTS UNDER SEAL |

　　　　The Court has considered the request, filed by counsel for Petitioner Keith Zon Doolin ("Doolin") on June 24, 3013, to file certain documents under seal which include references to client commununciations and relating to the attorney-client relationship.  While some of the supporting information in counsel's declarations include information which may be entitled to confidenitality, the entire application is not a confidential matter, and the request for filing under seal is DENIED.

IT IS SO ORDERED.

DATED:　　June 25, 2013　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　ANTHONY W. ISHII
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1