UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, as Warden of<br>San Quentin State Prison,<br><br>　　　　Respondent. | Case No.: 1:09-cv-01453 – AWI<br><br>DEATH PENALTY CASE<br><br>ORDER REGARDING MS. MILROD'S WITHDRAWAL AS COUNSEL FOR PETITIONER AND DIRECTING TRANSFER OF STATE RECORD TO CALIFORNIA APPELLATE PROJECT |

　　　On June 27, 2013, both appointed counsel for Petitioner Keith Zon Doolin ("Doolin"), a state prisoner facing capital punishment, filed applications for leave to withdraw as counsel representing Doolin in his continuing federal habeas proceedings. Doolin's federal petition was filed October 18, 2011, and his federal proceedings are being held in abeyance pending the resolution of his second state habeas petition. The second state petition was fully briefed December 28, 2012.

　　　Ms. Milrod's motion to withdraw was granted July 1, 2103, due to her imminent departure from the State of California and the closure of her law office. So that Doolin would not be left without counsel, Mr. Levine's motion to withdraw was left pending until new counsel could be located. In the motion granting Ms. Milrod's withdrawal, she was instructed to make arrangements to retain the case files and records from this case until such time as new counsel is appointed and the documents can be transferred. The matter was referred to the Selection Board for the Eastern District of California to

1

1  make a recommendation for new counsel to appoint Doolin.
2      Ms. Milrod has stated that she will be substantially unavailable beginning August 6, 2013, and
3  it is unknown when new counsel to represent Doolin will be appointed.  The California Appellate
4  Project ("CAP") has agreed to take temporary custody of the state record and the dedicated server in
5  this case.  Ms. Milrod is directed to contact Michael Millman at CAP, at 415-495-0500, to make
6  arrangements for transfer of the record and server.

8  IT IS SO ORDERED.

10  DATED:     July 24, 2013                        /s/ Anthony W. Ishii
                                                ANTHONY W. ISHII
11                                              United States District Judge