**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH ZON DOOLIN<br><br>           Petitioner,<br><br>   v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>          Respondent. | Case No.: 1:09-cv-01453 AWI<br><br>ORDER DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS PENDING COMPLETITION OF STATE EXHAUSTION PROCEEDINGS<br><br>**DEATH PENALTY CASE** |

      On January 17, 2012 this Court granted the motion of Petitioner Keith Zon Doolin ("Doolin") to hold federal proceedings in abeyance during exhaustion of his state remedies before the California Supreme Court.  Doolin's state exhaustion petition was accepted for filing on October 24, 2011. Following an order from the California Supreme Court, on May 30, 2012 the People of the State of California filed an informal response.  On December 28, 2012, Doolin filed his reply to the informal response.

      Doolin is now directed to file quarterly status reports advising this Court of significant developments in his state court case during its pendency, with the first to be filed December 1, 2013.

     IT IS SO ORDERED.

Dated: October 21, 2013                        /s/ Anthony W. Ishii
                                               Anthony W. Ishii
                             United States District Judge