UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>   Petitioner,<br><br> v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>   Respondent. | Case No.: 1:09-cv-01453 AWI<br><br>ORDER RE: APPOINTMENT OF REPLACEMENT COUNSEL<br><br>**DEATH PENALTY CASE** |

  Petitioner Keith Zon Doolin ("Doolin") filed a pro se request for the Court to appoint replacement counsel to represent him in federal proceedings on December 23, 2013. Currently, CJA attorney Michael Levine is Doolin's federal counsel of record and the federal proceedings are being held in abeyance pending exhaustion of state remedies before the California Supreme Court. Federal proceedings will not resume until the California Supreme Court has issued a final ruling on Doolin's pending state habeas corpus petition. The Court will appoint replacement counsel for Mr. Levine once the Selection Committee for the Eastern District makes a recommendation for new counsel.

  IT IS SO ORDERED.

Dated: December 31, 2013        /s/ Anthony W. Ishii
                        Anthony W. Ishii
                       United States District Judge

OReApptmtOfReplacementCounsel-Dol