# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN, | Case No.  1:09-cv-01453-AWI-SAB |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS REGARDING STATE EXHAUSTION PROCEEDINGS |
| v. | |
| KEVIN CHAPPELL, as Warden of San Quentin State Prison, | ECF NO. 151 |
| Respondent. | |

On October 22, 2013, Petitioner was directed to file quarterly status reports advising the Court of developments in his state exhaustion case, with the first to be filed December 1, 2013 (ECF No. 151).  The only status report Petitioner has filed was on December 2, 2013. (ECF No. 152.)

The Court now directs Petitioner's CJA attorney, Michael R. Levine to comply with the December 1, 2013 order and file Petitioner's quarterly status reports, December 1, March 1, June 1, and September 1 of each year.  Since the June 1, 2014 due date has passed, counsel is directed to file Petitioner's second status report no later than July 22, 2014, and then beginning again on December 1, 2014.

IT IS SO ORDERED.

Dated:   **July 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1