# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>        Petitioner,<br><br>   v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>        Respondent. | Case No. 1:09-cv-01453-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>RE-ISSUED ORDER DIRECTING REFERRAL TO SELECTION BOARD FOR REPLACEMENT COUNSEL<br><br>(ECF NO. 149) |

On July 1, 2013, the Court ordered the case referred to the Selection Board for the Eastern District of California for recommendation of counsel to replace CJA attorney Michael Levine, Petitioner's federal counsel of record. To date, the Selection Board has not made its recommendation. The Court will appoint replacement counsel only after it receives the recommendation of the Selection Board. 18 U.S.C. § 3599(a)(2); Local Rule 191(c).

Accordingly, it is HEREBY ORDERED that:

1. The case is again REFERRED to the Selection Board for the Eastern District of California for their consideration and appointment of replacement counsel, and

2. The Selection Board is requested to provide the Court with its candidate for

1

replacement counsel as soon as practicable; and

3. If the replacement cannot be provided to the Court within 45 days from the date of this order, then the Selection Board shall file status report by that date advising the Court of its progress.

IT IS SO ORDERED.

Dated:   **December 24, 2014**

UNITED STATES MAGISTRATE JUDGE