# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>Respondent. | Case No. 1:09-cv-01453-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER RE: (1) APPOINTMENT OF REPLACEMENT COUNSEL, and (2) DISQUALIFICATION OF DISTRICT JUDGE<br><br>(ECF NO. 164) |

On December 11, 2014, Petitioner filed a pro se request seeking appointment of replacement CJA counsel and disqualification of the District Judge assigned to this case.

Currently, CJA attorney Michael Levine is Doolin's federal counsel of record. The federal proceedings are being held in abeyance pending exhaustion of state remedies before the California Supreme Court. Federal proceedings will not resume until the California Supreme Court has issued a final ruling on Doolin's pending state habeas corpus petition. See In Re Doolin, S197391. The matter remains under submission to the California Supreme Court.

On July 1, 2013, the Court ordered the case referred to the Selection Board for the

1

Eastern District of California for recommendation of replacement counsel for Mr. Levine. To date, the Court has not received the Selection Board's recommendation. The Court will issue a new order reminding the Selection Board of the need to appoint replacement counsel. The Court will appoint replacement counsel after the Selection Board makes its recommendation.

The pro se request regarding disqualification of the District Judge will not be considered because Petitioner is represented by appointed counsel. Local Rule 191(c).

IT IS SO ORDERED.

Dated:   **December 24, 2014**

UNITED STATES MAGISTRATE JUDGE

2