# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:09-cv-01453-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING WITHDRAWAL OF MICHAEL R. LEVINE AS COUNSEL FOR PETITIONER |

On June 27, 2013, Michael R. Levine filed an application to withdraw as counsel for Petitioner. The Court held the application pending appointment of replacement counsel. On January 29, 2015, the Court appointed Robert R. Bryan, 2107 Van Ness Ave., Suite 203, San Francisco, CA 94109 and Pamala Sayasane, 660 4th Street # 341, San Francisco, CA 94107 as lead and second counsel, respectively, to represent Petitioner, replacing Mr. Levine.

Accordingly, it is HEREBY ORDERED THAT:

1. The application of Michael R. Levine for leave to withdraw as counsel for Petitioner (ECF No. 148) is GRANTED.

2. Mr. Levine shall make arrangements to transfer the case files and records from

1

        this case to Robert R. Bryan, 2107 Van Ness Ave., Suite 203, San Francisco, CA 94109.

3. In addition to serving this order upon counsel, the Clerk is directed to serve it upon Connie Garcia, CJA Panel Administrator, Federal Defender's Office, 2300 Tulare Street, Suite 330, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:  **February 4, 2015**

UNITED STATES MAGISTRATE JUDGE