# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN, | Case No. 1:09-cv-01453-AWI-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER RE: PETITIONER'S PRO SE SUBMISSION |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent.[1] | |

This matter is before the court following a pro se submission from petitioner Keith Zon Doolin received by the court on October 27, 2016.

Petitioner filed his federal petition on October 18, 2011. The court stayed this proceeding on January 17, 2012 to allow petitioner to pursue his state exhaustion petitions filed in the California Supreme Court on October 24, 2011 (*In re Doolin*, Cal. Sup. Ct. No. S197391) and May 4, 2016 (*In re Doolin*, Cal. Sup. Ct. No. S234285) including claims of innocence.

The noted pro se submission refers to state victim compensation claims that appear to relate to this proceeding and matters pending exhaustion in state court.[2] However, the court will not file a pro se submission from any represented party unless, as is not the case here, the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ron Davis, Warden of San Quentin State Prison, is substituted as respondent in place of his predecessor wardens.

[2] California Victim Compensation and Government Claims Board Claims No. 632318 and 16004063.

1

document challenges the party's legal representation.  *See* Local Rule 191(c).

Accordingly, the pro se submission from petitioner Keith Zon Doolin received by the court on October 27, 2016 shall not be filed.

Petitioner's appointed counsel are directed to provide him with a copy of this order and inform him that the court will address issues related to this proceeding in accordance with 28 U.S.C. § 2254, the Rules Governing § 2254 Cases, the Federal Rules of Civil Procedure and the Local Rules of the United States District Court - Eastern District of California.  Should any matter arise which requires the court's attention, counsel may submit an appropriate motion.

The Clerk of the Court is directed to return petitioner's October 27, 2016 submission to him.

IT IS SO ORDERED.

Dated:   **November 2, 2016**

UNITED STATES MAGISTRATE JUDGE