UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>  Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>  Respondent. | Case No.  1:09-cv-01453-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SCHEDULING PETITIONER'S MOTION FOR EVIDENTIARY DEVELOPMENT DURING ABEYANCE |

On October 27, 2016, petitioner, through appointed counsel filed a motion that he be allowed to develop new evidence bearing on his innocence from David Mugridge, former counsel for third party Josefina Saldana; evidence allegedly suggesting that Saldana was involved in one of the murders for which petitioner was charged and convicted. (*See* Doc. No. 187.)  No hearing date for the motion has been scheduled.

The court stayed this proceeding on January 17, 2012 to allow petitioner to exhaust his state claims including claims of innocence.  *See In re Doolin*, Cal. Sup. Ct. No. S197391; *In re Doolin*, Cal. Sup. Ct. No. S234285.  The matter is remains in abeyance of action by the California Supreme Court.

This order provides a schedule for petitioner's motion.

Accordingly,

1. Respondent's opposition to the motion, if any, shall be filed not later than thirty

        (30) days following the filed date of this order.

2.     Petitioner's reply to the opposition, if any, shall be filed not later than fifteen (15) days following the filed date of repondent's opposition, whereupon this matter shall be deemed submitted.

3.     The parties will be notified by minute order is a hearing is necessary.

IT IS SO ORDERED.

Dated:   **November 8, 2016**

UNITED STATES MAGISTRATE JUDGE

2