# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN<br><br>   Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden of California State<br>Prison at San Quentin,<br><br>   Respondent. | Case No. 1:09-cv-01453-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER RE: PETITIONER'S PRO SE<br>SUBMISSION<br><br>(Doc. No. 203) |

Before the Court is Petitioner's pro se submission received by the Court Clerk and filed in the docket on April 5, 2018. (Doc. No. 203.) Therein, Petitioner requests relief from stay in this proceeding and an immediate ruling by the California Supreme Court upon claims pending exhaustion. (*Id.*) Because Petitioner is represented by appointed counsel in this proceeding, the Court will not consider pro se documents about the presentation of his case that are unrelated to representation by appointed counsel. *See* E.D. Cal. Local Rule 191(c). Further, the Court is without authority to provide the remedy he seeks in state court.

Accordingly, the Clerk is directed to return the instant pro se submission (Doc. No. 203) to Petitioner. Counsel for Petitioner, Robert Bryan and Pamala Sayasane, are directed to provide him with a copy of this order.

IT IS SO ORDERED.

Dated:  **April 13, 2018**

               
UNITED STATES MAGISTRATE JUDGE