# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 1:09-cv-01453-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER RE: PETITIONER'S PRO SE SUBMISSION |

　　Before the Court is Petitioner's pro se submission received by the Court Clerk and filed in the docket on April 16, 2018. (Doc. No. 205.) Therein, Petitioner revisits his previously rejected pro se request for relief. (*See* Doc. Nos. 203, 204.) Petitioner is again advised that because he is represented by appointed counsel in this proceeding, the Court will not consider pro se documents about the presentation of his case that are unrelated to representation by appointed counsel. *See* E.D. Cal. Local Rule 191(c). Additionally, it remains that the Court is without authority to provide the remedy he seeks in state court.

　　Accordingly, the Clerk is directed to return to Petitioner a copy of the instant pro se submission (Doc. No. 205). Counsel for Petitioner, Robert Bryan and Pamala Sayasane, are directed to provide him with a copy of this order.

IT IS SO ORDERED.

Dated:　**April 24, 2018**　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2