# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZON DOOLIN,<br><br>     Petitioner,<br><br>  v.<br><br>KIMBERLY THORNTON, Acting Warden of High Desert State Prison,<br><br>     Respondent.[1] | Case No.  1:09-cv-01453-JLT<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S RENEWED MOTION TO DESIGNATE AND RELIEVE APPOINTED COUNSEL<br><br>(Doc. 224) |

On March 23, 2026, appointed second counsel for petitioner, Pamala Sayasane, renewed a motion denied by the Court without prejudice on March 2, 2026, that she be designated as lead counsel and that current lead counsel, Robert Bryan, be relieved of his appointment in the case. The Court finds the motion amenable to resolution on the papers. E.D. Cal. Local Rule 230(g).

The record reflects petitioner's 1996 conviction and death sentence for multiple first-degree murder. In 2009, the conviction and sentence were affirmed, state habeas relief was denied, and this federal proceeding was initiated. Petitioner filed a mixed federal petition in 2011. The Court, in 2012, stayed the case for claim exhaustion in state court. The California Supreme Court, in 2019, transferred exhaustion proceedings to the sentencing court, the Fresno Superior Court. That court

---

[1] Petitioner is incarcerated at High Desert State Prison, in the care and custody of Acting Warden Kimberly Thornton. *See* Ciris.mt.cdcr.ca.gov (last visited March 26, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Warden Thornton is substituted as respondent in place of her predecessor wardens.

denied the consolidated state exhaustion petition in 2025. Petitioner appealed the denial of his consolidated exhaustion petition to the California Court of Appeal, Fifth Appellate District, which granted a limited certificate of appealability.

Ms. Sayasane represents that Mr. Bryan recently passed away; that she has represented petitioner in the state exhaustion proceedings as sole counsel for the last two years; and that petitioner, having been advised by Ms. Sayasane of his right to counsel replacing Mr. Bryan, waives that right and requests that Ms. Sayasane represent him as sole counsel. Ms. Sayasane requests that she proceed as petitioner's sole counsel in the case unless and until the need for second counsel might arise.

The Court finds good cause to grant the requested relief without prejudice to any future request for counsel replacing Mr. Bryan. *See* Local Rules 182(d), 191(c); CA ST RPC Rule 1.16; 18 U.S.C. §§ 3599(a)(2), (e); *see also* Cal. Bus. & Prof. Code § 6180.5. Thus, the Court **ORDERS**:

1. The renewed motion to designate Ms. Sayasane as lead counsel and to relieve Mr. Bryan of his appointment in the case (Doc. 224) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

UNITED STATES DISTRICT JUDGE

2